■ In the Matter of Application of H.E. Smith, as Executive Director of Central New York Psychiatric Center, Respondent, for an Order Authorizing the Involuntary Treatment of Wilson G., Appellant. [760 NYS2d 711] —Appeal from an order of Supreme Court, Oneida County (Ringrose, J.), entered August 7, 2002, which, inter alia, granted petitioner's application for an order authorizing the involuntary treatment of respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Oneida County, Ringrose, J. Present—Wisner, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.